UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 22 P 1: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DEPENDABLE MASONRY CONSTRUCTION COMPANY, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>GILBANE BUILDING COMPANY, )<br><br>Defendant. )<br><br>GILBANE BUILDING COMPANY, )<br><br>Plaintiff-in-Counterclaim, )<br><br>v. )<br><br>DEPENDABLE MASONRY CONSTRUCTION COMPANY, INC. and HARTFORD CASUALTY INSURANCE COMPANY, )<br><br>Defendants-in-Counterclaim. ) | RECEIPT # _52673_<br>AMOUNT $ _150_<br>SUMMONS ISSUED_____<br>LOCAL RULE 4.1_____<br>WAIVER FORM _____<br>MCF ISSUED_____<br>BY DPTY. CLK._____<br>DATE___12-22-03___<br><br>CIVIL ACTION NO. _____<br><br>03  12583 GAO |

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§1441(a)-(b) and 1446

The defendant-in-counterclaim, Hartford Casualty Insurance Company ("Hartford"),

hereby files this Notice of Removal relative to the above referenced matter. In support of this

Notice, Hartford states as follows:

The plaintiff, Dependable Masonry Construction Company, Inc. ("Dependable"),

commenced this lawsuit against Gilbane, Inc. in the Massachusetts Superior Court (Middlesex

County") on September 29, 2003. Dependable thereafter filed is First Amended Complaint

(against Gilbane Building Company ("Gilbane")) on October 23, 2003. A true and accurate copy of Dependable's First Amended Complaint is attached hereto as <u>Exhibit A</u>.

On December 1, 2003, Gilbane filed its Answer to the First Amended Complaint and Counterclaim. Gilbane's counterclaim asserts claims against Dependable and Hartford Casualty Insurance Company ("Hartford"). A true and accurate copy of Gilbane's Answer to the First Amended Complaint and Counterclaim is attached hereto as <u>Exhibit B</u>. Hartford received notice of this action on December 5, 2003.

The plaintiff, Dependable, is a Massachusetts corporation with a principal place of business in Massachusetts. The defendant/plaintiff-in-counterclaim, Gilbane, is a Rhode Island corporation with a principal place of business in Rhode Island. The defendant-in-counterclaim, Hartford, is an Indiana corporation with a principal place of business in Connecticut.

According to the First Amended Complaint, Dependable demands judgment against Gilbane for $180,240.14, plus interest and costs. Therefore, the amount in controversy is in excess of $75,000, exclusive of interest and costs. Accordingly, this Court has jurisdiction over this civil action based upon diversity of citizenship and the amount in controversy, <u>see</u> 28 U.S.C. §1332, and Hartford is entitled to remove the case to this Court pursuant to 28 U.S.C. §1441.

WHEREFORE, Hartford Casualty Insurance Company hereby removes this action to the United States District Court for the District of Massachusetts (Eastern Division) pursuant to the governing statutes.

Respectfully submitted,

**HARTFORD CASUALTY INSURANCE COMPANY,**

By its attorneys,

Bradford R. Carver, BBO No. 565396
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500

Dated: December 19, 2003

## CERTIFICATE OF SERVICE

    I, Bradford R. Carver, hereby certify that the foregoing was served via first class mail, postage prepaid, this 19th day of December, 2003, upon the following:

John W. DiNicola II, Esq.
Holland & Knight
10 St. James Avenue
Boston, MA  02116

David E. Wilson, Esq.
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108

Bradford R. Carver, BBO #565396

313075-01154-0000