UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 03-12583-GAO

| | |
|---|---|
| DEPENDABLE MASONRY CONSTRUCTION COMPANY, INCORPORATED,<br>  Plaintiff | )<br>)<br>)<br>)<br>) |
| v. | ) |
| GILBANE BUILDING COMPANY,<br>  Defendant/Plaintiff-in-Counterclaim | )<br>)<br>) |
| v. | ) |
| DEPENDABLE MASONRY CONSTRUCTION COMPANY, INCORPORATED and HARTFORD CASUALTY INSURANCE COMPANY,<br>  Defendants-in-Counterclaim | )<br>)<br>)<br>)<br>)<br>) |

JOINT STATEMENT UNDER FED. RULE CIV. P. 26(f) AND LOCAL RULE 16.1(D)

1. **Proposed Pre-Trial Schedule**

   | | |
   |---|---|
   | 8/12/04 | Rule 26(a)(1) Disclosures Made |
   | 3/4/05 | Fact Discovery Completed |
   | 4/4/05 | Plaintiff Discloses Experts |
   | 4/18/05 | Defendants Disclose Experts |
   | 6/1/05 | Deadline for Expert Depositions |
   | 7/1/05 | Summary Judgment Motions Served |
   | 8/15/05 | Pre-Trial Disclosures Made |
   | 8/25/05 | Pre-Trial Memorandum Filed |
   | 9/1/05 | Pre-Trial Conference |
   | 9/22/05 | Trial |

2. **Certifications Under Local Rule 16.1(D)(3)**

   Attached.

DEPGIL(JOINT STATEMENT REVISED).MOT

_____
DAVID E. WILSON
*Attorney for Dependable Masonry*
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108
(617)742-3420
B.B.O. #541968

_____
JOHN W. DINICOLA, II
*Attorney for Gilbane Building*
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617)523-2700
B.B.O. #629618

_____
PAULA-LEE CHAMBERS
*Attorney for Hartford Casualty*
Cetrulo & Capone LLP
Two Seaport Lane
Boston, MA 02210
(617) 217-5500
B.B.O. #566888