UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 03-12583-GAO

| | |
|---|---|
| DEPENDABLE MASONRY CONSTRUCTION COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GILBANE BUILDING COMPANY, <br><br> Defendant. <br><br> GILBANE BUILDING COMPANY, <br><br> Plaintiff-in-Counterclaim, <br><br> v. <br><br> DEPENDABLE MASONRY CONSTRUCTION COMPANY, INC. and HARTFORD CASUALTY INSURANCE COMPANY, <br><br> Defendants-in-Counterclaim. | **DEFENDANT, GILBANE BUILDING COMPANY'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)** |

Pursuant to Local Rule 16.1(D)(3), Defendant, Gilbane Building Company and its undersigned counsel, Holland & Knight LLP, have conferred:

1.  with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and,

2.  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

GILBANE BUILDING COMPANY

*Brad A. Gordon* (signature)

Brad A. Gordon, Esquire
Vice President & General Counsel

GILBANE BUILDING COMPANY

By its attorneys,

HOLLAND & KNIGHT LLP

By: _____
John W. DiNicola, II (BBO#629618)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700 (telephone)
(617) 523-6850 (facsimile)

Dated: April 12, 2004

# 1354129_v1