UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 03-12583-GAO

| | |
|---|---|
| DEPENDABLE MASONRY CONSTRUCTION COMPANY, INCORPORATED, <br> Plaintiff <br><br> v. <br><br> GILBANE BUILDING COMPANY, <br> Defendant/Plaintiff-in-Counterclaim <br><br> v. <br><br> DEPENDABLE MASONRY CONSTRUCTION COMPANY, INCORPORATED and HARTFORD CASUALTY INSURANCE COMPANY, <br> Defendants-in-Counterclaim | CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3) |

Pursuant to Local Rule 16.1(D)(3), this is to certify that Dependable Masonry Company, Incorporated and its counsel Corwin & Corwin LLP, have conferred:

1. with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dependable Masonry Construction Company, Incorporated

_____
Edmund A. Henry, President

_____
DAVID E. WILSON
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108
(617)742-3420
B.B.O. #541968

DEPGIL(CERTIFICATION).MOT