APR-14-2004 Case 11:05 AM 1:03-CRULO AND CAPONE LLP Document 6 FAX NO. 617 217 5200 Page 1 of 2  P. 02/03
04/14/2004 08:56 FAX 8607571550         FID.COM.CLAIMS                              ⌀002/003

APR-13-2004 TUE 09:21 AM CETRULO AND CAPONE LLP    FAX NO. 617 217 5200         P. 02/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEPENDABLE MASONRY CONSTRUCTION COMPANY, INCORPORATED<br>Plaintiff<br><br>v.<br><br>GILDAINE BUILDING COMPANY,<br>Defendant/Plaintiff-in-Counterclaim<br><br>v.<br><br>DEPENDABLE MASONRY CONSTRUCTION COMPANY, INCORPORATED and HARTFORD CASUALTY INSURANCE COMPANY<br>Defendants-in-Counterclaim | NO. 03-12583-GAO<br><br>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3) |

Pursuant to Local Rule 16.1(D)(3), this is to certify that Hartford Casualty Insurance Company ("Hartford") and its counsel Cetrulo & Capone, LLP, have conferred:

1. With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

The Hartford Casualty Insurance Company

*/s/ Rodney S. Hurtuk*

Rodney S. Hurtuk

APR-14-2004 WED 11:36 AM CETRULO AND CAPONE LLP    FAX NO. 617 217 5200    P. 03/03
04/14/2004 08:57 FAX 8607571550    FID.COM.CLAIMS    ☒003/003

Case 1:03-cv-12583-GAO    Document 6    Filed 04/14/2004    Page 2 of 2

APR-13-2004 TUE 09:21 AM CETRULO AND CAPONE LLP    FAX NO. 617 217 5200    P. 03/03

*[signature]*

Paula-Lee Chambers, BBO #566888
*Attorney for Hartford Casualty*
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Tel: (617) 217-5500
Fax: (617) 217-5200

01154-0014
324230v1