UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEPENDABLE MASONRY CONSTRUCTION COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>GILBANE BUILDING COMPANY,<br><br>Defendant/Plaintiff-in-Counterclaim<br><br>v.<br><br>DEPENDABLE MASONRY CONSTRUCTION COMPANY, INC., and HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Defendants-in-Counterclaim | CIVIL ACTION NO. 03-12583-GAO |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given to the Court and to all parties to the above - captioned matter of the Withdrawal of Appearance of Bradford R. Carver and Paula-Lee Chambers as counsel on behalf of Defendant-in-Counter-Claim Hartford Casualty Insurance Company.

Respectfully Submitted,
Hartford Casualty Insurance Company,
By its attorneys,

*/s/ Paula-Lee Chambers*

Bradford R. Carver, BBO#565396
Paula-Lee Chambers, BBO#566888
CETRULO & CAPONE, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5500

Dated: August 11, 2004

## CERTIFICATE OF SERVICE

I certify that on August 11, 2004, I served the following by first class mail on the following:

John W. DiNicola II, Esquire
Holland & Knight
10 St. James Avenue
Boston, MA  02116

David E. Wilson, Esq.
Corwin & Corwin LLP
One Washington Mall
Boston, MA  02108

*/s/ Paula-Lee Chambers*

Paula-Lee Chambers, BBO# 566888
