UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 03-12583-GAO

| | | |
|---|---|---|
| DEPENDABLE MASONRY CONSTRUCTION COMPANY, INCORPORATED, <br>   Plaintiff <br><br> v. <br><br> GILBANE, BUILDING COMPANY <br>   Defendant/Plaintiff-in-Counterclaim, <br><br> v. <br><br> DEPENDANT MASONRY CONSTRUCTION COMPANY, INC. and HARTFORD CASUALTY INSURANCE COMPANY <br>   Defendants-in-Counterclaim | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | NOTICE OF APPEARANCE |

Corwin & Corwin and the undersigned appear on behalf of Hartford Casualty Insurance Company.

DAVID E. WILSON
KIM ALIPRANTIS
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108
(617)742-3420
B.B.O. #541968
B.B.O. #660150

Dated: 1/7/05

**CERTIFICATE OF SERVICE:** A copy of this NOTICE OF APPEARANCE was mailed, postage prepaid to John W. DiNicola II, Esquire, Holland & Knight 10 St. James Avenue, Boston, MA 02116 on January 7, 2005.

KIM ALIPRANTIS