# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**DEPENDABLE MASONRY CONSTRUCTION CO.**
       **Plaintiff(s)**

**CIVIL ACTION**

    **v.**

NO.  **03-12583-GAO**

**GILBANE BUILDING CO.**
       **Defendant(s)**

## ORDER FOR WRITTEN REPORT

O'TOOLE, D.J.

    This Order is intended primarily to aid and assist the Court in scheduling and managing the preparation and presentation of cases, in lieu of having the parties appear before the Court for a formal status conference.

    As it appears that there has been no recent docket activity reported for the above-entitled action. It is hereby ORDERED that the parties shall:

(1)     confer for the purpose of determining the status of the above-entitled action and resolving any outstanding issues delaying final resolution of the case; and

(2)     file a joint written report no later than ten (10) days after entry of this Order setting forth the following:

    (a)     the current status of the action;
    (b)     all outstanding discovery issues;
    (c)     the likelihood that dispositive motions will be filed;
    (d)     the likelihood of settlement; and
    (e)     any other facts which will assist the Court in scheduling and managing the case so as to insure an effective, speedy and fair disposition of the case.

    Counsel are encouraged to seek an early resolution of this matter. A status conference may be scheduled by the Court or upon the request of counsel if the Court can be of assistance in resolving preliminary issues or in settlement.

    By the Court,

  10/13/05                                          PAUL S. LYNESS
    Date Entered                               Deputy Clerk