UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 03-12583-GAO

DEPENDABLE MASONRY
CONSTRUCTION COMPANY, INC.,

         Plaintiff,

v.

GILBANE BUILDING COMPANY,

         Defendant.

GILBANE BUILDING COMPANY,

         Plaintiff-in-Counterclaim,

v.

DEPENDABLE MASONRY
CONSTRUCTION COMPANY, INC. and
HARTFORD CASUALTY INSURANCE
COMPANY,

         Defendants-in-
         Counterclaim.

**JOINT STATUS REPORT**

Plaintiff, Dependable Masonry Construction Company, Inc. ("Dependable"),

Defendant Gilbane Building Company ("Gilbane"), and Defendant-in-Counterclaim

Hartford Casualty Insurance Company ("Hartford") hereby submit this Joint Status

Report in response to the Court's Order for same dated October 13, 2005.

The parties have conducted a mediation and are continuing settlement

discussions. The parties have agreed to arbitrate this dispute if it cannot be settled.

GILBANE BUILDING COMPANY

By its attorneys,

HOLLAND & KNIGHT LLP


By: /s/ John W. DiNicola II
_____
    John W. DiNicola, II (BBO#629618)
    10 St. James Avenue
    Boston, MA 02116
    (617) 523-2700 (telephone)
    (617) 523-6850 (facsimile)

Dated: October 31, 2005


# 3339803_v1

In fact, the parties have previously filed a motion to stay this action pending arbitration. If the dispute is not settled, the parties anticipate that the arbitration will commence and conclude within the next six (6) months. The parties have already begun the process of exchanging information and do not anticipate any issues in this regard.

DEPENDABLE MASONRY
CONSTRUCTION COMPANY, INC. and
HARTFORD CASUALTY INSURANCE
COMPANY

By their attorneys,

CORWIN & CORWIN LLP

By: /s/ David E. Wilson
David E. Wilson (BBO#541968)
One Washington Mall
Boston, MA 02108
(617) 742-3420 (telephone)

Dated: October 31, 2005